UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Raymundo Escalante-Guerrero, <br><br> Defendant. | CASE NO.:   21-cr-01813-JLS <br><br> ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently set for June 17, 2022, at 1:30 p.m. be continued to July 15, 2022, at 1:30 p.m. It is further ordered that, for the reasons stated in the parties' motion, time is excluded under the Speedy Trial Act.

IT IS SO ORDERED.

Dated:  June 7, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge