1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Raymundo Escalante-Guerrero,<br><br>Defendant. | CASE NO.:  21-cr-01813-JLS<br><br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently set for July 15, 2022, at 1:30 p.m. be continued to August 12, 2022, at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date within one week of this order. It is further ordered that, for the reasons stated in the parties' motion, time is excluded under the Speedy Trial Act.

IT IS SO ORDERED.

Dated:  July 11, 2022

Hon. Janis L. Sammartino
United States District Judge