**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | Case No. <u>21-CR-1813-JLS</u> |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER CONTINUING MOTION HEARING AND TRIAL SETTING** |
| v. | ) | |
| | ) | |
| RAYMUNDO ESCALANTE GUERRERO, | ) | The Honorable Janis L. Sammartino |
| | ) | |
| Defendant. | ) | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing and Trial Setting currently set for August 12, 2022, be continued to October 14, 2022, at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date within one weed of this order.

 For the reasons set forth in the joint motion, time is excluded under 18 U.S.C. §§ 3161(h)(7)(A) and (h)(1)(D).

IT IS SO ORDERED.

Dated: August 10, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge